| IP Address | P2PClient | HitDateUTC | File Name | ISP | State | City | County |
|---|---|---|---|---|---|---|---|
| 96.243.248.47 | BitTorrent 7.8.0 | 06/22/2013 06:30:35 PM | The Company You Keep (2012) [1080p] | Verizon FiOS | Florida | Valrico | Hillsborough |

**EXHIBIT A**
Company 4-30